**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01332-CV

**MIKE JABARY, Appellant**

**V.**

**CITY OF ALLEN, Appellee**

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-00827-2011

## ORDER

By order dated November 16, 2012, and included in a supplemental clerk's record filed in this Court on December 6, 2012, the trial court sustained two contests to appellant's affidavit of indigence and ordered appellant "to pay costs as required by the Texas Rules of Appellate Procedure." *See* TEX. R. APP. P. 20.1(i). The costs required by the rules include the charges for preparing "the clerk's record and, if necessary to the appeal, the reporter's record." *See id.* 20.1(n), 34.1. Although the reporter's record has been filed, the clerk's record has not. Accordingly, we **ORDER** appellant to pay for the clerk's record within ten (10) days of the date of this order. We further **ORDER** Collin County District Clerk Andrea Stroh Thompson to file the clerk's record within ten days of receipt of payment. We caution appellant that failure to pay

for the clerk's record will result in the appeal being dismissed without further notice. TEX. R. APP. P. 37.3(b), 42.3(b), (c).


/s/      ELIZABETH LANG-MIERS
         JUSTICE